UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB VALINE,

                            Plaintiff,

        -against-                                               25-CV-8260 (LTS)

UNITED STATES DEPARTMENT OF                                     ORDER
LABOR; LORI CHAVEZ-DEREMER,

                            Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated October 14, 2025, and entered on the court's docket on October 15, 2025,

the Court directed the Clerk of Court to transfer this action to the United States District Court for

the District of Columbia. (ECF 5.) On October 14, 2025, Plaintiff filed a notice of voluntary

dismissal, which was entered on the court's docket on October 17, 2025. (ECF 7.) By order dated

October 20, 2025, the Court granted Plaintiff's request and voluntarily dismissed this action.[1]

(ECF 8.)

        Because this action has been dismissed and is now closed, the Court directs the Clerk of

Court to vacate its October 14, 2025 transfer order. (ECF 5.)

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

---

[1] Because Plaintiff's notice of voluntary dismissal was filed on October 14, 2025, "prior
to the receipt of the action's papers by the clerk of the transferee court," *Warrick v. Gen. Electric
Co.*, 70 F.3d 736, 739 (2d Cir. 1995), the Court retained jurisdiction to consider his motion.

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    October 24, 2025
          New York, New York

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge